IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00362-RJC-DSC

| | | |
|---|---|---|
| KELLY BLACK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| DEPARTMENT OF VETERAN AFFAIRS, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on "Defendant's … Consent Motion to Transfer Venue [to the United States District Court for the Eastern District of North Carolina]" (document # 12). For the reasons set forth therein, and with Plaintiff's consent, the Motion to Transfer Venue will be granted.

**IT IS HEREBY ORDERED** that:

1. "Defendant's … Consent Motion to Transfer Venue [to the United States District Court for the Eastern District of North Carolina]" (document # 12) is **GRANTED**. The Clerk is directed to transfer this matter to the United States District Court for the Eastern District of North Carolina.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 8, 2022

David S. Cayer
United States Magistrate Judge