IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-87-FL

| KELLY BLACK | ) |  |
|---|---|---|
|  | ) |  |
| PLAINTIFF, | ) |  |
|  | ) | ORDER |
| V. | ) |  |
|  | ) |  |
| DENIS R. MCDONOUGH, | ) |  |
| SECRETARY OF THE | ) |  |
| DEPARTMENT OF VETERANS' | ) |  |
| AFFAIRS , | ) |  |
|  | ) |  |
| DEFENDANTS. | ) |  |

This matter comes before the Court on the parties' Joint Motion to Authorize Alternate Method of Taking Expert Deposition, pursuant to Rule 28(a)(1)(B).

For good cause shown, the motion is GRANTED.

Pursuant to Federal Rule of Civil Procedure 28(a)(1)(B), the Court hereby appoints North Carolina court reporters, Donna Tomawski, Patti Elliott, and Michelle Maar, to remotely administer the oath or affirmation during the depositions, taken via WebEx, Zoom, Teams, or other virtual platform, of the fact and expert witnesses identified by the parties. This Order shall be attached as Exhibit 1 to each deposition where the oath or affirmation is administered remotely.

SO ORDERED. This 27th day of June 2022.

_____
LOUISE W. FLANAGAN
United States District Judge