IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-0087-FL

| KELLY BLACK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

This matter comes before the Court on the parties' Joint Motion to Amend the Case Management Order [D.E. 29], pursuant to Rule 16(b).

For good cause shown, the motion is GRANTED.

The Court hereby extends the close of discovery deadline until August 31, 2023. Per Local Civil Rule 7.1(a), dispositive motions shall be filed within 30 days thereafter, on or before October 2, 2023.

SO ORDERED. This 30th day of May, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge