IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-0087-FL

| KELLY BLACK, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| Defendant. | ) |

This matter comes before the Court on the parties' Joint Third Motion to Amend the Case Management Order [D.E. 29, 32], pursuant to Rule 16(b).

For good cause shown, the parties' joint motion is GRANTED.

The Court hereby stays this case in its entirety through April 29, 2024. The parties are ordered to file a Status Update on or before May 13, 2024, informing the Court of Plaintiff's need for additional time to decide upon a pending agency offer to settle under a national settlement agreement. Alternatively, the parties will confer and submit a proposed joint discovery plan within 14 days thereafter, on or before May 28, 2024, if Plaintiff has elected to proceed with this case.

SO ORDERED. This 2nd day of January, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge