IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-0087-FL

| KELLY BLACK | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Joint Fourth Motion [D.E. 37] to Amend the Case Management Order [D.E. 29, 32, 34, 36], pursuant to Fed. R. Civ. P. 16(b).

For good cause shown, the parties' motion is GRANTED.

The Court hereby stays this case for 90 days, up to and including August 12, 2024. The parties are ordered to file a Status Update on or before August 26, 2024. If the parties are unable to amicably resolve this matter, they shall file a proposed joint discovery plan no later than September 9, 2024, to address the completion of pending discovery, with a dispositive motions deadline of thirty (30) days after the close of discovery, per E.D.N.C. Local Rule 7.1(a).

SO ORDERED. This 5th day of May, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge