IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-0087-FL

| KELLY BLACK | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter comes before the Court on the parties' Joint Motion to Extend Stay Pending Pre-Trial Resolution Discussions. For good cause shown, the parties' joint motion is GRANTED.

The Court stays this case up to and including June 24, 2025. The parties are ordered to file, on or before June 24, 2025, either a voluntary dismissal with prejudice or, if the parties are unable to amicably resolve this matter, they shall file a proposed joint discovery plan to address the completion of discovery.

SO ORDERED. This <u>30th day</u> of April, 2025.

_____
LOUISE W. FLANAGAN
United States District Court Judge